■ HAROLD K. BARON, Respondent, v. KINGS-SUFFOLK REALTY CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ RUTH JOLIS, Appellant, v. BERNARD JOLIS, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ MYRTLE E. AGNELLI, Respondent, v. JUNIUS AGNELLI, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ BAKO REALTY INC. et al., Respondents, v. JAMES S. HAYS et al., Defendants, and HARRY GINSBERG et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ CORNELIUS PRODUCTS COMPANY, INC., Respondent, v. MERCANTILE METAL & ORE CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Cox, Frank and Bergan, JJ.

■ In the Matter of ALAMAC ESTATES, INC., Appellant, against JOSEPH D. McGOLDRICK (CHARLES ABRAMS), as State Rent Administrator, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 286 App. Div. 1074.]

■ In the Matter of HELEN TULIMIERI, Appellant, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See 286 App. Div. 1076.]

■ In the Matter of the CORPORATION COUNSEL OF THE CITY OF NEW YORK, Respondent, against JAMES E. SMITH et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Bastow, Botein and Cox, JJ. [See 286 App. Div. 561.]

■ In the Matter of MINISTER, ELDERS AND DEACONS OF THE REFORMED PROTESTANT DUTCH CHURCH OF THE CITY OF NEW YORK, Appellant, against NATHAN DONFER et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 1085.]

■ In the Matter of ANTHONY V. MACHIANO, Appellant, against FRANCIS W. H. ADAMS, as Police Commissioner of the City of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein and Cox, JJ. [See 286 App. Div. 1007.]

■ In the Matter of the Accounting of LEWIS L. CLARKE et al., as Cotrustees under the Will of MARY R. DIAZ-ALBERTINI, Deceased. LEANDER G. DIAZ-ALBERTINI, Appellant; WILLIAM R. DIAZ-ALBERTINI et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 1083.]